IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KIMBERLY M. SCHOENE,<br><br>   Plaintiff,<br> v.<br><br>PENELOPE CHRISTENSEN and PORTLAND HAIR EXTENSIONS BY PENELOPE,<br><br>   Defendants. | Case No.: 3:23-cv-00693-AN<br><br>JUDGMENT |

Pursuant to this Court's Order,

It is adjudged that this case is DISMISSED.

DATED this 11th day of March, 2024.

_____
Adrienne Nelson
United States District Judge

1